PROB 12C
(7/93)

Report Date: July 13, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 16 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kevin Eugene Bradford     Case Number: 2:92CR02050-001

Address of Offender: 10222 Golden Given Road East, Tacoma, WA 98445

Name of Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: 1/8/1993

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 216 Months; TSR - 60 Months | Type of Supervision: Supervised release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: 05/01/2008 |
| Defense Attorney: | Federal Defenders' Office | Date Supervision Expires: 04/30/2013 |

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 6/8/2010.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On July 7, 2010, Mr. Bradford was arrested for unlawful possession of a controlled substance, synthetic narcotic, Thurston County Sheriff's Office, case number 2010-04881.<br><br>According to the Thurston County Sheriff's Office narrative report, Mr. Bradford came to the Ramada hotel in Olympia, Washington, during a fraud investigation. A pat-down search of Mr. Bradford revealed controlled substance found on his person and he was booked into the Thurston County Sheriff's Office Corrections Facility. Charges regarding this matter are pending under Thurston County Superior Court, cause number 10-1-01036-3. |
| 6 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: Mr. Bradford was in possession of methamphetamine on July 7, 2010. |

Prob12C
Re: Bradford, Kevin Eugene
July 13, 2010
Page 2

According to the Thurston County Sheriff's Office narrative report, during a fraud investigation, two hypodermic needles, a spoon with cotton, and two small baggies with a white crystal substance were found on Mr. Bradford's person. The substance was tested and returned positive for methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/13/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

July 16, 2010
Date