PROB 12C
(7/93)

Report Date: July 14, 2011

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 15 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Kevin Eugene Bradford        Case Number: 2:92CR02050-001

Address of Offender:

Name of Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: 1/8/1993

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 216 Months; TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Gregory M. Shogren | Date Supervision Commenced: 3/31/2011 |
| Defense Attorney: | Federal Defenders' Office | Date Supervision Expires: 4/30/2013 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number         Nature of Noncompliance

1                **Mandatory Condition #4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Special Condition #15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Bradford used methamphetamine on or about June 28, 2011.

On June 29, 2011, the supervising U.S. probation officer and another U.S. probation officer from the Tacoma office, completed a home inspection of Mr. Bradford's new residence. As the officers entered the residence, they were overcome by the smell of marijuana. Mr. Bradford denied using marijuana, but stated his son was an active user. Upon further questioning, the defendant admitted he had relapsed on methamphetamine, and had used the previous evening. An attempt to obtain a urine sample was unsuccessful. Instead, Mr. Bradford signed an admission form attesting to his use of methamphetamine on or about June 28, 2011. The defendant stated he had used the substance approximately three times, and had administered the substance intravenously.

Prob12C
Re: **Bradford, Kevin Eugene**
July 14, 2011
Page 2

2   **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.

    **Supporting Evidence**: Mr. Bradford was in possession of drug paraphernalia and methamphetamine on June 29, 2011.

3   **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

    **Supporting Evidence**: On July 5, 2011, Mr. Bradford failed to report as directed.

    On June 30, 2011, Mr. Bradford reported as directed to the Tacoma U.S. Probation Office, and a urine sample was obtained. The defendant was directed to report again on Tuesday, July 5, 2011, as the frequency of his urine submissions was being increased due to his recent relapse. According to the probation officer in Tacoma, Mr. Bradford's amenability to treatment was also to be discussed. The defendant has had no further contact with the probation officer in Tacoma since June 30, 2011.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/14/2011

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

July 15, 2011
Date