PROB 12C
(7/93)

Report Date: October 25, 2012

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 2 9 2012

JAMES R. LARSEN
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kevin Eugene Bradford | Case Number: 2:92CR02050-001 |
| Address of Offender: ███ | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: 1/8/1993

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846 | |
| Original Sentence: | Prison - 216 Months<br>TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: 5/1/2008 |
| Defense Attorney: | Diane E. Hehir | Date Supervision Expires: 4/30/2013 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on July 14, 2011.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
5 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: Mr. Bradford has violated the conditions of his supervised release by associating with convicted felons without permission from his probation officer.<br><br>On July 25, 2012, Ms. Kris Lasham ███ was arrested at the U.S. Probation Office in Tacoma, Washington, following the issuance of a warrant by the Honorable James L. Robart. Ms. Lasham, is a convicted Federal felon and was originally sentenced for conspiracy to distribute cocaine and cocaine base. She subsequently admitted to all violations of supervision, including associating with a known felon, Kevin Bradford, without permission from her probation officer. Her supervised release was ultimately revoked.<br><br>Evidence gathered by the probation office consisted of a cell phone and photos. Ms. Lasham's cell phone lists Kevin Bradford under the name "Big Daddy." Mr. Bradford's photo and telephone number directly correspond to those presently on file with the probation

office. Furthermore, photos of Ms. Lasham and Kevin Bradford (dated June 2012), indicate the two may have had a secretive relationship unbeknownst and not approved by his probation officer. According to Ms. Lasham, she is not presently involved with Mr. Bradford, and she has had no further contact with him since her arrest.

Also, a photo of Kevin Bradford with Roger L. Elson ▇▇▇▇▇▇ a convicted Federal felon, who was previously supervised for unlawful transportation of a firearm, until being discharged in 2008), was obtained. At no time was Mr. Bradford given permission or approved to associate with either of these known convicted felons.

6    **Special Condition # 14**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Bradford was unsuccessfully discharged from drug and alcohol treatment due to noncompliance and rule violations on October 19, 2012.

According to Mr. Bradford's treatment provider, Mr. Bradford failed to attend a group session on September 18, 2012, and was given a verbal warning. Although he was placed on a progress contract and warned not to miss any future treatment sessions, the defendant subsequently missed all individual and group sessions for October 2012. On October 19, 2012, Mr. Bradford was unsuccessfully discharged from treatment due to noncompliance and rule violations.

7    **Special Condition # 15**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Bradford failed to show for urinalysis testing on: June 29, September 24, 26, and, October 10, 2012.

According to Mr. Bradford's probation officer, all random urinalysis tests, with the exception of two tests: May 25, and July 30, 2012, have tested positive for Oxycodone.

Prob12C
Re: Bradford, Kevin Eugene
October 25, 2012
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/25/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

October 29, 2012

Date