PROB 12C
(7/93)

Report Date: December 20, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### DEC 21 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kevin E Bradford          Case Number: 2:92CR02050-001

Address of Offender: Yakima County Jail

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf  Peterson, Chief U.S. District Judge

Date of Original Sentence: 1/8/1993

Original Offense:          Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846

Original Sentence:     Prison - 216 Months          Type of Supervision: Supervised Release
                               TSR - 60 Months

Asst. U.S. Attorney:    Ian Lloyd Garriques          Date Supervision Commenced: 5/1/2008

Defense Attorney:       Diane E. Hehir                 Date Supervision Expires: 4/30/2013

---

### PETITIONING THE COURT

          To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on July 14, 2011, and October 29, 2012.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 2:** The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence:** Mr. Bradford was arrested for unlawful possession of controlled substance with intent to distribute, attempted bribery, fail to transfer title within 45 days, making false statements to law enforcement, and possession of drug paraphernalia on November 30, 2012.

On November 30, 2012, a deputy from the Pierce County Sheriff's Office was patrolling the area of 264th Street and Orting-Kapowsin Highway. The deputy observed a vehicle traveling eastbound, checked the vehicle's license plate, and found the vehicle had been sold, but the title of the vehicle had not been transferred within 45 days.

The deputy stopped the vehicle, and when he spoke with the driver, the driver informed him that he did not have a driver's license, and thought his license was suspended.  The driver, identified himself as Jimmy Eugene Dove with a date of birth of July 22, 1965.  After verifying and double checking the information provided, the deputy learned there was no person with this name, and the driver was asked to step out of the vehicle.  The deputy arrested the driver for making false statements and for failure to transfer title.

The deputy started to search the driver's person incident to arrest, and prior to placing him in his patrol car.  The driver was also advised of his Miranda rights.  In the driver's top left jacket pocket, the deputy located three large wads of various dollar bills, which later totaled $989.  In this same pocket were two Ziploc baggies and a glass pipe.  The larger Ziploc baggie contained a large amount of a white crystal-like substance, which later field tested as methamphetamine and weighed a total of 1.22 ounces.  In the smaller baggie were three prescription pills stamped "933 Watson," that the deputy confirmed to be Percoet, a controlled substance.

Inside the front left jacket pocket, the deputy found a digital scale, a cell phone and a small plastic measuring cup.

While the deputy was placing everything on the hood of his patrol unit, the driver said, "look you can take all the money and we can forgot that this ever happened."

Other deputies arrived on the scene and were able to learn the true identity of the driver, Mr. Bradford, who was subsequently transferred and booked into the Pierce County Jail.

9          **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**:  Mr. Bradford has violated the conditions of his supervised release by associating with convicted felons without permission from his probation officer.

On November 30, 2012, Mr. Bradford was in the company of Lora Elizabeth Merritt who is a known felon.  At no time, was Mr. Bradford given permission or approved to associate with Ms. Merritt.

Prob12C
**Re:  Bradford, Kevin E**
**December 20, 2012**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/20/2012
_____

s/Jose Zepeda
_____

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Other

Signature of Judicial Officer

12/20/2012
_____

Date